JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PLASTOFORM INDUSTRIES LTD., a Hong Kong company,<br><br>Plaintiff,<br><br>vs.<br><br>INCIPIO TECHNOLOGIES, INC., a California corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 8:18-cv-00947-AG-JDE<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

A Stipulation for Dismissal of Entire Action with Prejudice having been jointly submitted by the parties, and good cause appearing,

IT IS ORDERED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED that all parties shall bear their own attorney's fees and costs incurred in connection with this action.

Dated: September 21, 2018

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE